Rudy R. Perrino (SBN: 190672)
Jennifer L. Andrews (SBN: 222807)
**KUTAK ROCK LLP**
777 South Figueroa Street, Suite 4550
Los Angeles, California 90017-5800
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
E-Mail: rudy.perrino@kutakrock.com
E-Mail: jennifer.andrews@kutakrock.com

Attorneys for Defendant,
QUONSET PARTNERS, LLC

FILED & ENTERED

FEB 07 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GLENROY COACHELLA, LLC,<br><br>Debtor, | Case No. 2:21-bk-11188-BB<br><br>Chapter 7<br><br>*Assigned to Honorable Sheri Bluebond* |
| RICHARD A. MARSHACK, solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Glenroy Coachella, LLC,<br><br>Plaintiff,<br>vs.<br><br>FORCE-DMP, LLC, a terminated California limited liability company; DESERT MEDICAL PROPERTIES, INC., a California corporation; QUONSET PARTNERS, LLC, a California limited liability company; SGE REALTY, INC. a California corporation; and THE COACHELLA LIGHTHOUSE, LLC, a suspended California limited liability company.<br><br>Defendants. | Adv. Case No. 2:23-ap-01081-BB<br><br>**ORDER ON MOTION OF KUTAK ROCK LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT QUONSET PARTNERS, LLC**<br><br>**[LBR 9013-1(p)]**<br><br>**[No hearing required]** |

///

///

///

After considering the Motion of Kutak Rock LLP to Withdraw as Counsel for Defendant Quonset Partners, LLC [Docket No. 42], and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion of Kutak Rock LLP to Withdraw as Counsel for Defendant Quonset Partners, LLC is **GRANTED**.

###

Date: February 7, 2024

Sheri Bluebond
United States Bankruptcy Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES